UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LARISA IVANOVNA MARKUS,

        Appellant,

- against -

YURI VLADIMIROVICH ROZHKOV,

        Appellee.

**ORDER**

19 Civ. 10781 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the following schedule will apply to Appellant's motion for a stay of the Bankruptcy Court's order granting sanctions against Appellant's lawyer, Victor A. Worms. (See Bankr. Ct. Order (Dkt. No. 4-2); Mot. for Stay (Dkt. No. 4))

1. The Appellee's opposition, if any, is due on **December 13, 2019**;
2. Appellant's reply, if any, is due on **December 20, 2019**.

Dated: New York, New York
      December 3, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge