# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LARISA IVANOVNA MARKUS

                Appellant,

19 **CIVIL** 10781 (LJL)
19 **CIVIL** 09611 (LJL)

-against-

**JUDGMENT**

YURI VLADIMIROVICH ROZHKOV,

                Appellee.

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 3, 2020, the Sanctions Order is affirmed in part, vacated in part, and remanded; The Fees Order is affirmed in part and remanded for reconsideration in light of this Court's Opinion; The motions to stay those orders pending appeal are both denied as moot.

**Dated:** New York, New York
       April 9, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                             **Clerk of Court**
                **BY:**
                                           _____
                                             **Deputy Clerk**